Samuel Nicosia, Plaintiff, v. Halbert Frank Riley, Jr., et al., Defendants.
Henry Ilg, Cross-Plaintiff, Appellant, v. Halbert F. Riley, Jr., et al., Counter-Defendants, Appellees.

Gen. No. 47,097.

First District, First Division.

March 12, 1957.

Released for publication May 2, 1957.

James A. Sprowl, John D. Knodell, Jr., Thomas P. Sullivan for counter-

plaintiff Henry Ilg, Johnston, Thompson, Raymond, Mayer, Jenner & Bloomstein, of counsel; A. F. W. Siebel and Arthur F. Siebel, for counterdefendants, Halbert F. Riley, Jr. and Charles V. Haliday. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.